IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR159 |
| | ) | |
| MARIA GALLARDO and, | ) | **SCHEDULING ORDER** |
| LUIS GALVAN, | ) | |
| Defendants. | ) | |

　　　IT IS ORDERED that the following is set for hearing on **May 23, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　- Initial Appearance and Arraignment

　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.  An interpreter will be provided by the Court.

　　　DATED this 22nd day of May, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge